On appellant's petition for reconsideration filed June 30, reconsideration allowed; former opinion (193 Or App 823, 94 P3d 914) withdrawn; conviction affirmed; sentence vacated; remanded for resentencing December 29, 2004

STATE OF OREGON,
*Respondent,*

*v.*

JIMMY RAY VAUGHN, JR.,
*Appellant.*

CF010608; A118919

103 P3d 1180

Andrew S. Chilton, and Chilton, Ebbett & Rohr, LLC, for petition.

Before Edmonds, Presiding Judge,* and Wollheim and Schuman, Judges.

PER CURIAM

Reconsideration allowed; former opinion withdrawn; conviction affirmed; sentence vacated; remanded for resentencing. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004).

---

* Edmonds, P. J., *vice* Deits, J. pro tempore